**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RXUSA WHOLESALE, INC.,

                     Plaintiff,

       - against -

MCKESSON CORPORATION,

                   Defendant.
-----------------------------------------------------------X

**ORDER**

CV 06-4343 (DRH) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

    By letter dated November 4, 2009, Defendant requested permission to file a motion under seal. Based upon the representations contained in Defendant's letter, the proprietary and confidential information contained in the motion and exhibits annexed thereto, Plaintiff's lack of opposition, and the prior Agreement and Consent Protective Order [DE 77] entered into by the parties, Defendant's request is hereby GRANTED. All documents contained in Defendant's motion are to be sealed by the Clerk of the Court.

**SO ORDERED.**

Dated: Central Islip, New York
       November 18, 2009

                                               /s/ A. Kathleen Tomlinson
                                               A. KATHLEEN TOMLINSON
                                               U.S. Magistrate Judge